865 A.2d 660

IN THE MATTER OF HOWARD A. GROSS, AN ATTORNEY AT LAW (ATTORNEY NO. 035181992).

January 31, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **HOWARD A. GROSS** of **CHERRY HILL**, who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of three months, effective June 1, 2004, by Order of this Court filed on May 10, 2004, be restored to the practice of law, effective immediately; and it is further

ORDERED that **HOWARD A. GROSS** shall continue to attend sessions of Alcoholics Anonymous or Narcotics Anonymous on a regular basis until the further Order of the Court.